CHRISTENSEN JAMES & MARTIN
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: dem@cjmlv.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| UNITE HERE HEALTH, et al,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>KAHUNAVILLE OF LAS VEGAS, INC., et al,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-00297-APG-CWH<br><br>**STIPULATION AND ORDER<br>TO DISMISS CASE** |

/ / /

/ / /

/ / /

CHRISTENSEN JAMES & MARTIN
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871

The claims asserted in this action having been satisfied, all parties to this Case, acting through their respective counsel, do hereby stipulate, agree, and request the Court's Order dismissing this Case in its entirety.

DATED this 19th day of October, 2015.

TREASURE ISLAND, LLC

By: *_/s/ Brad Anthony_*
Brad Anthony
General Counsel
3300 Las Vegas Blvd., South
Las Vegas, Nevada 89109
Telephone: (702) 894-7510
Facsimile: (702) 894-7295
*Counsel for Treasure Island*

CHRISTENSEN JAMES & MARTIN

By: *_/s/ Daryl E. Martin_*
Daryl E. Martin
7440 W. Sahara Ave.
Las Vegas, NV 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Counsel for Plaintiffs*

JAMES KWON LAW OFFICE

By: *_/s/ James Kwon_*
James Kwon
5808 W. Spring Mountain Rd., #107
Las Vegas, NV 89146
Telephone: (702) 515-1200
Facsimile: (702) 515-1201
*Counsel for Defendants Kahunaville of Las Vegas, Inc. and Mark Green*

----------

**ORDER**

IT IS SO ORDERED.

______________________________
UNITED STATES DISTRICT JUDGE

Date: October 19, 2015